**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*Filed Electronically*

| | |
|---|---|
| ALEX HEX )  | |
| ) | |
|     **PLAINTIFF** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:20-CV-799-RGJ |
| ) | |
| UNIVERSITY OF ) | |
| LOUISVILLE ) | |
| ) | **Removed from:** |
| ) | **Jefferson Circuit Court, Div. Five** |
|     **DEFENDANT** ) | **Case No. 20-CI-005904** |

**NOTICE OF REMOVAL**

Comes the University of Louisville ("University"), by counsel, and for its notice of removal of this action from the Jefferson Circuit Court, Division Five, to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and respectfully states the following: Plaintiff, Alex Hex, filed this action on October 13, 2020, alleging claims against the University for violations of Title IX of the Educational Amendments Act of 1972 (20 U.S.C. § 1681 *et seq.*), claimed damages resulting from a purported violation of KRS 506.040, and intentional infliction of emotional distress.[1] This case is now pending in the Jefferson Circuit Court, Civil Action No. 20-CI-005904. (*See* Complaint, attached as **Ex. A**.)

    1.    The University was served with a copy of the Complaint by hand-delivery from Plaintiff on November 5, 2020.

---

[1] Plaintiff categorizes his claim against the University as one for "willful infliction of mental anguish."

2.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims for violation of Title IX of the Educational Amendments Act of 1972 (20 U.S.C. § 1681 et seq.) arise under the Constitution, laws, or treaties of the United States. This Court has supplemental subject matter jurisdiction pursuant to 28 U.S.C. § 1367, 28 U.S.C. § 1441(c), and general principles of supplemental jurisdiction over Plaintiff's remaining state law claims. The Jefferson Circuit Court is located within the Louisville Division of the Western District of Kentucky.

3.      Removal of the above-captioned action to this Court is proper because this Court has original subject matter jurisdiction over Plaintiff's claim(s) pursuant to 28 U.S.C. § 1441(a) and (c) and is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4.      This Notice of Removal is filed within thirty (30) days of the University's receipt of Plaintiff's Complaint and is filed timely under 28 U.S.C. § 1446(b).

5.      Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served upon the University are attached hereto as **Exs. A and Ex. B**.[2]

6.      This action is not an action described in 28 U.S.C. § 1445.

7.      In filing this Notice, the University does not waive any defense available to it in this action.

8.      Written notice of the filing of this Notice of Removal has been served upon all parties, as required by law.

9.      A true and accurate copy of this Notice of Removal has been filed with the Clerk of the Commonwealth of Kentucky, Jefferson Circuit Court, as required by law.

---

[2] Plaintiff also filed a Motion for Default Judgment against the University, which was denied by the Court on November 6, 2020.

**WHEREFORE**, the University requests that this action be removed from the Commonwealth of Kentucky, Jefferson Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

/s/ Rudy J. Ellis III
Donna King Perry
Rudy J. Ellis III
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
Telephone:  (502) 581-8000
Facsimile:  (502) 581-8111
donna.perry@dinsmore.com
rudy.ellis@dinsmore.com
*Counsel for Defendant,*
*University of Louisville*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Petition for Removal was this 30th day on November, 2020, served via U.S. Mail on the following:

Mr. Alex Hex
121 Harlan Avenue, #2
Louisville, Kentucky 40214
*Plaintiff*

/s/ Rudy J. Ellis III
*Counsel for Defendant,*
*University of Louisville*